JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORMCO CORPORATION, a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ORAMETRIX, INC., a Delaware Corporation, and CADENT, INC., a Delaware Corporation,<br><br>　　　　Defendants. | CASE NO:SACV09-1009 CAS (ANx)<br><br>The Honorable Christina A. Snyder<br><br>**ORDER OF DISMISSAL OF DEFENDANT ORAMETRIX, INC AND OF ORAMETRIX, INC'S COUNTERCLAIMS** |
| ORAMETRIX, INC.,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>ORMCO CORPORATION,<br><br>　　　　Counterdefendant. | |
| AND RELATED COUNTERCLAIM. | |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | Based on the Plaintiff Ormco Corporation and OraMetrix, Inc.'s "Stipulation |
| 4 | for an Order of Dismissal of Defendant OraMetrix, Inc. and of OraMetrix, Inc.'s |
| 5 | Counterclaims," which was filed on November 9, 2010, the Court hereby dismisses |
| 6 | in their entirety and with prejudice the claims in this action of Ormco Corporation |
| 7 | against Defendant OraMetrix, Inc. and counterclaims III to VIII of |
| 8 | Counterclaimant Orametrix, Inc. against Ormco Corporation in this action and |
| 9 | hereby dismisses in their entirety without prejudice counterclaims I and II in this |
| 10 | action of Counterclaimant Orametrix, Inc. against Ormco Corporation. |
| 11 | Each party shall bear its own costs and attorneys' fees. |
| 13 | IT IS SO ORDERED |
| 17 | DATED: November 9, 2010 |

*[signature]*
The Honorable Christina A. Snyder
United States District Judge

1